**CERTIFICATE OF SERVICE**

**U.S. v. Eloise Bierly**
**Case No. 07CR3056-WQH**

Counsel for Defendant ELOISE BIERLY hereby certifies that on this date copies of Defendant's Notice of Motion to Compel Discovery; and Leave to File Further Motions was served electronically upon the following attorney:

AUSA, Paul Cook

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 3, 2007, at San Diego, California.

s/Frederick M. Carroll
Frederick M. Carroll