1  **FREDERICK M. CARROLL**
   California State Bar No. 227628
2  424 F Street Suite A
   San Diego, Ca 92101
3  Telephone (619) 702-3251

4
   Attorneys for Ms. Bierly
5

6

7                UNITED STATES DISTRICT COURT

8               SOUTHERN DISTRICT OF CALIFORNIA

9                **(HONORABLE WILLIAM Q. HAYES)**

10

11 | UNITED STATES OF AMERICA,    )   CASE NO.  07CR3056-WQH
                                  )
12 |     Plaintiff,                )   DATE: DECEMBER 17, 2007
                                  )   TIME:   2:00 p.m.
13 | v.                            )
                                  )   APPLICATION AND ORDER
14 | ELOISE BIERLY,                )   SHORTENING TIME TO FILE
                                  )   DEFENDANTS NOTICE OF
15 |     Defendant.                )   MOTION FOR DISCOVERY
                                  )
16                                )
                                  )
17 _____ )

18 TO:  KAREN P. HEWITT; UNITED STATES ATTORNEY, AND
        PAUL COOK, ASSISTANT UNITED STATES ATTORNEY:
19

20     COMES NOW, Frederick M. Carroll, attorney for defendant, ELOISE BIERLY, who makes

21 application for an order shortening time so that the motions listed above may be heard on December

22 17, 2007, which date was previously reserved for motions in the above captioned matter.

23 //

24 //

25 //

26 //

27 //

28 //

                                                                 07CR3056-WQH

1  The reasons for this application are as follows: Attorney Frederick M. Carroll miscalculated
2  the filing date for motion hearing.  Counsel erroneously calculated two weeks instead of three
3  weeks. Therefore, Mr. Carroll respectfully request that this Court grant his motion to shorten time
4  based on his understandable inability to meet the commitment on this case, thereby causing the delay
5  in filing the instant motion in a timely manner.

Respectfully submitted,

Date:   12/03/2007               S/Frederick M. Carroll
                                 FREDERICK M. CARROLL
                                 Attorney for Defendant,
                                 Ms. Bierly