1

**CERTIFICATE OF SERVICE**

2

**U.S. v. Eloise Bierly**
**Case No. 07CR305-WQH**

3

4       Counsel for Defendant ELOISE BIERLY hereby certifies that on this date copies of

5  Defendant's Application and Order Shortening Time to File Defendant's Notice of Motion for

6  Discovery was served electronically upon the following attorney:

7

       AUSA, Paul Cook

8

9       I declare under penalty of perjury under the laws of the State of California that the foregoing

10  is true and correct.

11

Executed on December 3, 2007, at San Diego, California.

12

13

                             s/ Frederick M. Carroll

14                                FREDERICK M. CARROLL

15

16

17

18

19

20

21

22

23

24

25

26

27

28