UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CASE NO. 07CR3056-WQH |
| vs. | |
| ELOISE BIERLY ADAME (1), | JUDGMENT OF DISMISSAL |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) of: 21:952 and 960-Importation of Marijuana and 21:841(a)(1)-Possession of Marijuana with Intent to Distribute

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: DECEMBER 17, 2007

WILLIAM Q. HAYES
UNITED STATES DISTRICT JUDGE

I have executed within Judgment of dismissal
Commitment on 12/19/07
United States Marshal
By: _____
USMS Criminal Section

ENTERED ON 12/17/07